IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CARLO MESSA, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) Case No. 18-cv-1358 |
| | ) |
| v. | ) Judge Leinenweber |
| | ) |
| AERONET WORLDWIDE, | ) |
| | ) |
| Defendants. | ) |

**STIPULATION OF DISMISSAL WITH PREJUDICE UNDER FRCP 41(a)(1)(A)(ii)**

Plaintiff and Defendant, by and through their respective attorneys, pursuant to Fed. R. Civ. Proc. 41(a)(1)(A)(ii), stipulate that this case be dismissed, with prejudice, and with each party to bear its own fees and costs.

*It is agreed and so stipulated:*

| | |
|---|---|
| /s/ Julie Herrera | /s/ Kirsten A. Milton |
| *One of the Attorneys for Plaintiffs* | *One of the Attorneys for Defendants* |
| | |
| Law Office of Julie O. Herrera | Jackson Lewis P.C. |
| 53 W. Jackson, Suite 1615 | 150 North Michigan Avenue, Suite 2500 |
| Chicago, IL 60604 | Chicago, IL 60601 |
| Tel: 312-697-002 | Tel: 312-787-4949 |
| Fax: 312-697-0812 | Fax: 312-787-4995 |
| jherrera@julieherreralaw.com | kirsten.milton@jacksonlewis.com |
| | |
| 12/5/18 | 12/5/18 |